**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/20**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **GlyEco, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4030261** |
| 4. | **Debtor's address** | **Principal place of business**<br>**c/o Ryan J. Works, Esq.**<br>**McDonald Carano LLP**<br>**2300 W. Sahara Ave., Suite 1200**<br>**Las Vegas, NV 89102**<br>Number, Street, City, State & ZIP Code<br>**Kanawha**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**1620 1st Ave. S. Nitro, VA 24143-2410**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **http://www.glyeco.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **GlyEco, Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No
■ Yes.

| | | | |
|---|---|---|---|
| Debtor | **GlyEco West Virgina, Inc.** | Relationship | **Subsidiary** |
| District | **Nevada** When **10/08/21** | Case number, if known | **21-14889** |

Debtor **GlyEco, Inc.**
Name

Case number (*if known*)

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

■ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? **Potential for material in tanks to leak to groundwater**

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other **Since closure of the plant in Jan.2020, GlyEco has been working to clean out tanks. There are no hazardous materials on-site and no threat of harm at this point in time, as long as the storage tanks are inspected. Clean-out needs to continue due to potential environmental issues, with tanks possibly leaking to ground water. Most of the liquid on-site in the tanks was generated by Dow and GlyEco inherited this material. It was sold to GlyEco on false pretense of being reclaimable material, but it is waste material.**

**Where is the property?** **GPS coordinates: 38°22'58.1"N 81°46'56.5**
**access through 250 Carbide Rd. Dunbar, W**
**(physical/no mail) 1620 1st Ave. S.**
**Nitro, VA, 24143-2410**

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **GlyEco, Inc.** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/8/2021
MM / DD / YYYY

**X** /s/ Richard S. Geib
Signature of authorized representative of debtor

**Richard S. Geib**
Printed name

Title **C.E.O. & President**

**18. Signature of attorney**

**X** /s/ Ryan J. Works
Signature of attorney for debtor

Date 10/8/2021
MM / DD / YYYY

**Ryan J Works 9224**
Printed name

**McDonald Carano LLP**
Firm name

**2300 W Sahara Ave**
**Suite 1200**
**Las Vegas, NV 89102**
Number, Street, City, State & ZIP Code

Contact phone **(702) 873-4100** Email address **rworks@mcdonaldcarano.com**

**9224 NV**
Bar number and State

Debtor **GlyEco, Inc.**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/8/2021**
MM / DD / YYYY

X [signature]
Signature of authorized representative of debtor

**Richard S. Geib**
Printed name

Title **C.E.O. & President**

**18. Signature of attorney**

X
Signature of attorney for debtor

Date
MM / DD / YYYY

**Ryan J Works 9224**
Printed name

**McDonald Carano LLP**
Firm name

**2300 W Sahara Ave**
**Suite 1200**
**Las Vegas, NV 89102**
Number, Street, City, State & ZIP Code

Contact phone **(702) 873-4100** Email address **rworks@mcdonaldcarano.com**

**9224 NV**
Bar number and State

**Corporate Resolution of the Directors**
**of GLYECO, INC.**

This Corporate Resolution of the Directors of GLYECO, INC., a Nevada corporation ("GlyEco") is executed as of December 8, 2020 ("Effective Date"). The Directors hereby adopt, confirm, and ratify the following resolution:

WHEREAS, the Directors of GlyEco have determined it to be in the best interests of GlyEco to file bankruptcy under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court, District of Nevada (the "Bankruptcy"), now therefore:

IT IS RESOLVED that GlyEco shall retain the law firm of McDonald Carano LLP (the "Firm") to prepare its petition for relief, schedules and statement of financial affairs to then file GlyEco for Bankruptcy relief, and then represent GlyEco at the meeting of creditors pursuant to Section 341(a) of the Bankruptcy Code;

IT IS FURTHER RESOLVED that the undersigned Directors consent to Richard Geib, in his capacity as the sole-director of GlyEco, to authorize, direct and empower the filing of GlyEco for Bankruptcy;

IT IS FURTHER RESOLVED that Richard Geib will be authorized, directed and empowered to execute any and all documents necessary to effectuate the Bankruptcy filing, testify on behalf of GlyEco at the meeting of creditors pursuant to Section 341(a) of the Bankruptcy Code, and carry out any other acts reasonable or necessary through the filing of the Bankruptcy and the meeting of creditors pursuant to Section 341(a) of the Bankruptcy Code; and

IT IS FURTHER RESOLVED that GlyEco shall pay to the Firm TWENTY THOUSAND DOLLARS and 00/100 ($20,000) as an advanced, flat-fee payment to the Firm in connection with the Firm's representation of GlyEco.

IN WITNESS WHEREOF, this Written Consent of the Directors of GlyEco is hereby adopted, confirmed and ratified in its entirety as of the Effective Date set forth above. The undersigned waive notice of, and any requirement of, a meeting in connection herewith.

Richard Geib, Director

____________________________
Signature

**Fill in this information to identify the case:**

Debtor name **GlyEco, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| 3.1 | **AlignHR, LLC**<br>**366 Dixon Run Road**<br>**Triadelphia, WV 26059**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,356.00** |
| 3.2 | **Allianz Global Risks US Insurance Co.**<br>**225 W. Washington Street, Suite 1800**<br>**Chicago, IL 60606-3484**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,141.28** |
| 3.3 | **BKB Holdings LLC**<br>**95 S. Bellaire Street**<br>**Denver, CO 80246**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,966.00** |
| 3.4 | **Certent, Inc.**<br>**1548 Eureka Road**<br>**Roseville, CA 95661**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,577.15** |


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com 26281 Best Case Bankruptcy

Debtor **GlyEco, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Chubb**<br>**15 Mountainview Road**<br>**Warren, NJ 07059**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,431.67** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Corporate Creations Network Inc.**<br>**8275 S. Eastern Ave., #200**<br>**Las Vegas, NV 89123**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,385.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Crum & Foster**<br>**305 Madison Avenue**<br>**Morristown, NJ 07962**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,543.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Datacor, Inc.**<br>**25 Hanover Road., Blgd. B, Ste. 300**<br>**Florham Park, NJ 07932**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,755.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Dex Imaging**<br>**5109 W. Lemon Street**<br>**Tampa, FL 33609**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$362.40** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Edgar Agents, LLC**<br>**207 W. 25th Street, 9th Floor**<br>**New York, NY 10001**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$900.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Great American Financial Services**<br>**625 1st Street SE #800**<br>**Cedar Rapids, IA 52401**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$975.83** |


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **GlyEco, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.12 | Nonpriority creditor's name and mailing address<br>**GS1 US, Inc.<br>300 Charles Ewing Blvd.<br>Trenton, NJ 08628**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |
| 3.13 | Nonpriority creditor's name and mailing address<br>**Guardian**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$390.42** |
| 3.14 | Nonpriority creditor's name and mailing address<br>**Highmark West Virginia<br>P.O. Box 1948<br>Parkersburg, WV 26102**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,924.54** |
| 3.15 | Nonpriority creditor's name and mailing address<br>**Katheryn D. Emery, Acting Director<br>c/o Kim George Farha<br>Office of Legal Services<br>WV Dept. Enviromental Protection<br>Charleston, WV 25304**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.16 | Nonpriority creditor's name and mailing address<br>**Kiropa Properties LLC<br>3408 S. Sycamore Avenue<br>Sioux Falls, SD 57110**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,425.19** |
| 3.17 | Nonpriority creditor's name and mailing address<br>**Lease Corporation of America<br>3150 Livernois Road, Suite 300<br>Troy, MI 48083**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,008.48** |
| 3.18 | Nonpriority creditor's name and mailing address<br>**LISS Consulting Corp.<br>3000 Marcus Avenue, Suite 2W1<br>New Hyde Park, NY 11042**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$99.00** |


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **GlyEco, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**MetLife Small Business Center**<br>**200 Park Avenue**<br>**New York, NY 10166**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$614.87** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**MIE Properties-LA LLC**<br>**6473 LA-44 #201**<br>**Gonzales, LA 70737**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,143.64** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**NFS Leasing**<br>**900 Cummins Center**<br>**Suite 226-U**<br>**Beverly, MA 01915**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,623.03** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Olde Monmouth Stock Transfer Co Inc.**<br>**200 Memorial Parkway**<br>**Atlantic Highlands, NJ 07716**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Pitney Bowes Global Fin. Services LLC**<br>**P.O. Box 371887**<br>**Pittsburgh, PA 15250**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$952.17** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Prince George's County, MD**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,361.64** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Renew Resorces LLC**<br>**230 Gill Way**<br>**Rock Hill, SC 29730**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$485.73** |


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **GlyEco, Inc.** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.26 | **Robinson Brog Leinwand Greene Genovese**<br>**875 3rd Avenue**<br>**New York, NY 10022**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$101,480.25** |
| 3.27 | **Sullivan & Worcester LLP**<br>**1 Post Office Square**<br>**Boston, MA 02109**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.28 | **Vision Service Plan**<br>**3333 Quality Drive**<br>**Rancho Cordova, CA 95670**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$60.20** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **201,262.49** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **201,262.49** |


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

GlyEco, Inc.
c/o Ryan J. Works, Esq.
McDonald Carano LLP
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102

Ryan J Works
McDonald Carano LLP
2300 W Sahara Ave
Suite 1200
Las Vegas, NV 89102

AlignHR, LLC
366 Dixon Run Road
Triadelphia, WV 26059

Allianz Global Risks US Insurance Co.
225 W. Washington Street, Suite 1800
Chicago, IL 60606-3484

BKB Holdings LLC
95 S. Bellaire Street
Denver, CO 80246

Certent, Inc.
1548 Eureka Road
Roseville, CA 95661

Chubb
15 Mountainview Road
Warren, NJ 07059

Corporate Creations Network Inc.
8275 S. Eastern Ave., #200
Las Vegas, NV 89123

Crum & Foster
305 Madison Avenue
Morristown, NJ 07962

Datacor, Inc.
25 Hanover Road., Blgd. B, Ste. 300
Florham Park, NJ 07932

Dep. of Employment, Training & Rehab
Emplyoment Security Division
500 East Third Street
Carson City, NV 89713

Dex Imaging
5109 W. Lemon Street
Tampa, FL 33609

Edgar Agents, LLC
207 W. 25th Street, 9th Floor
New York, NY 10001

Great American Financial Services
625 1st Street SE #800
Cedar Rapids, IA 52401

GS1 US, Inc.
300 Charles Ewing Blvd.
Trenton, NJ 08628

Guardian

Highmark West Virginia
P.O. Box 1948
Parkersburg, WV 26102

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Katheryn D. Emery, Acting Director
c/o Kim George Farha
Office of Legal Services
WV Dept. Enviromental Protection
Charleston, WV 25304

Kiropa Properties LLC
3408 S. Sycamore Avenue
Sioux Falls, SD 57110

Lease Corporation of America
3150 Livernois Road, Suite 300
Troy, MI 48083

LISS Consulting Corp.
3000 Marcus Avenue, Suite 2W1
New Hyde Park, NY 11042

MetLife Small Business Center
200 Park Avenue
New York, NY 10166

MIE Properties-LA LLC
6473 LA-44 #201
Gonzales, LA 70737

Nevada Department of Taxation
555 E. Washington Ave
Suite 1300
Las Vegas, NV 89101

NFS Leasing
900 Cummins Center
Suite 226-U
Beverly, MA 01915

Olde Monmouth Stock Transfer Co Inc.
200 Memorial Parkway
Atlantic Highlands, NJ 07716

Pitney Bowes Global Fin. Services LLC
P.O. Box 371887
Pittsburgh, PA 15250

Prince George's County, MD

Renew Resorces LLC
230 Gill Way
Rock Hill, SC 29730

Robinson Brog Leinwand Greene Genovese
875 3rd Avenue
New York, NY 10022

Securities & Exchange Commission
Los Angeles Regional Office
444 South Flower Street
Suite 900
Los Angeles, CA 90071

Sullivan & Worcester LLP
1 Post Office Square
Boston, MA 02109

United States Trustee
300 Las Vegas Blvd. South
#4300
Las Vegas, NV 89101

Vision Service Plan
3333 Quality Drive
Rancho Cordova, CA 95670